IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| CARLETON ADAMS, *et al.* | § | |
| v. | § | CIVIL ACTION NO. 9:12CV2 |
| CHESAPEAKE EXPLORATION, L.L.C. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contain her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation (document #36) recommends that Defendant's Motion to Dismiss (document #13) be granted as to Plaintiff's claims for unjust enrichment, quasi-estoppel and tortious interference with prospective business relations, but denied in all other respects. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that Defendant's Motion to Dismiss (document #13) is **GRANTED** as to Plaintiff's claims for unjust enrichment, quasi-estoppel and tortious interference with business relations. The motion is **DENIED** in all other respects.

So **ORDERED** and **SIGNED** on September  21 , 2012.

_____
Ron Clark
United States District Judge